STATE OF LOUISIANA

VERSUS

DELCOME EVANS

NO. 24-KH-127

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

_____ March 19, 2024 _____

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

Susan Buchholz
Chief Deputy Clerk

**IN RE** DELCOME EVANS

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT,
PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
J. STERLING SNOWDY, DIVISION "C", NUMBER 15,144

---

Panel composed of Judges Fredericka Homberg Wicker,
Jude G. Gravois, and Scott U. Schlegel

**WRIT GRANTED FOR LIMITED PURPOSE**

Relator, Delcome Evans, seeks review of the trial court's ruling on his

motion entitled, "Motion To Request Documents In Anticipation of Filing An

Application For Post-Conviction Relief."  Mr. Evans previously filed a writ of

mandamus on January 22, 2024, asking this Court to order the trial court to rule on

this motion.  On February 8, 2024, this Court granted relator's request for

mandamus relief and ordered the trial court to rule on relator's motion within 30

days, if it had not already done so, and to provide this Court with a copy of the

ruling.  *See State v. Evans*, 24-KH-33 (La. App. 5 Cir. 2/8/24).  This Court did not

receive a response from the trial court.

Nevertheless, in his current writ application, relator contends that on

February 20, 2024, he received a copy of the trial court's ruling dated August 23,

2023.[1]  The ruling, however, does not mention the subject motion and instead

---

[1] Relator attaches a copy of an envelope with a return address for the trial court postmarked February 8, 2024.

denies relator's application for post-conviction relief ("APCR"). According to the attachments provided by Mr. Evans with his writ application, he filed a uniform APCR form at the same time that he filed the motion requesting documents.[2] Relator also attaches correspondence from the trial court dated December 11, 2023, which he contends was included with the ruling he recently received. In this correspondence, the trial court explains that it denied relator's APCR and "took no action on the Motion to Request Documents since the APCR was dismissed upon the ground of untimeliness."

Accordingly, it appears that the trial court considered relator's motion requesting documents to be moot and, as a result, did not enter a formal ruling on the motion. However, because we are not a court of first impression, we cannot consider relator's writ application without a formal ruling from the trial court on relator's motion. Accordingly, we grant this writ application for the limited purpose of again ordering the trial court to enter a formal ruling on relator's "Motion To Request Documents In Anticipation of Filing An Application For Post-Conviction Relief." We further order that the trial court provide this Court with a copy of its ruling referencing our case number above.

Gretna, Louisiana, this 19th day of March, 2024.

**SUS**
**FHW**
**JGG**

---

[2] The APCR does not list or explain any grounds or claims upon which relator seeks post-conviction relief.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **03/19/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**24-KH-127**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
40th District Court (Clerk)
Honorable J. Sterling Snowdy (DISTRICT JUDGE)
Honorable Bridget A. Dinvaut (Respondent)

### MAILED
Delcome Evans #429893 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426